UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-CV-21843-COOKE/GOODMAN

**GINETTE LUXAMA**,

    *Plaintiff*,

**vs.**

**CITY OF MIAMI BEACH,** a municipality governed under the laws of the State of Florida,

    *Defendant*.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Ginette Luxama, through her counsel, respectfully gives notice that a settlement agreement was reached at mediation. The mediator and parties are in the process of preparing case-finalizing documents which will be filed upon completion.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 8, 2021, I filed this document using the CM/ECF system, which caused this document to be served on all counsel of record identified on the Service List below.

                                                       By:    /s/ Marc A. Burton
                                                                  Marc A. Burton, F.B.N. 95318
                                                                    Richard J. Burton, F.B.N. 179337
                                                                    The Burton Firm, P.A.
                                                                    2875 NE 191st Street, Suite 403
                                                                    Aventura, Florida 33180
                                                                    Phone: 305-705-0888
                                                                    Fax: 305-705-0888
                                                                    pleadings@theburtonfirm.com

## SERVICE LIST

THE BURTON FIRM, P.A.
*Counsel for Plaintiff Ginette Luxama*
2875 N.E. 191 Street, Suite 403
Aventura, Florida 33180
P: 305-705-0888 | F: 305-705-0008
pleadings@theburtonfirm.com
rb@theburtonfirm.com
mburton@theburtonfirm.com

CITY ATTORNEY'S OFFICE
CITY OF MIAMI BEACH
*Counsel for Defendant City of Miami Beach*
1700 Convention Center Drive
Fourth Floor – Legal Department
Miami Beach, Florida 33139
P: (305) 673-7470 | F: (305) 673-7002
robertrosenwald@miamibeachfl.gov