UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-21843

GINETTE LUXAMA,
*Plaintiff*,

vs.

CITY OF MIAMI BEACH, a
municipality governed under
the laws of the State of Florida,

*Defendant*.
_____/

**MEDIATOR'S REPORT**

Comes now the undersigned JAMS mediator/neutral who reports to the Court that the parties mediated the above-captioned case. The mediator/neutral reports that:

__x__ The parties entered into an agreement and settled the matter.

____ The parties were unable to reach an agreement and the case is at an impasse.

____ Other: _____.

/s/ Richard Suarez
Richard Suarez
JAMS Mediator/Neutral
Tuesday, February 9th, 2021

*Copies furnished to:*
   *Counsel of Record, Clerk of Court, Presiding Judge*