UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-CV-21843-COOKE/GOODMAN

GINETTE LUXAMA,

    *Plaintiff*,
vs.

CITY OF MIAMI BEACH, a municipality governed under the laws of the State of Florida,

    *Defendant*.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Ginette Luxama, through her counsel, in accordance with the parties' mediated settlement agreement, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismisses this action against the Defendant, the City of Miami Beach. The Defendant has not served an answer or a motion for summary judgment in this action.[1]

Dated: March 18, 2021

Respectfully submitted,

/s/ Marc A. Burton
Richard J. Burton, Esq., F.B.N. 179337
Marc A. Burton, Esq., F.B.N. 95318
THE BURTON FIRM, P.A.
2875 N.E. 191st Street, Suite 403
Aventura, FL 33180
Phone: (305) 705-0888 | Fax: (305) 705-0008
rb@theburtonfirm.com
mburton@theburtonfirm.com
pleadings@theburtonfirm.com

---

[1] "The fact that Defendant has filed a motion to dismiss . . . does not prevent Plaintiff from voluntarily dismissing his [or her] claims pursuant to Rule 41(a)(1)(A)(i)." *Maietta v. Saul*, 220CV00453JLBNPM, 2020 WL 5759184, at *1 (M.D. Fla. Sept. 28, 2020).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2021, I filed the foregoing document using the CM/ECF system, which sent a copy of this document to all counsel of record identified on the Service List below.

By: /s/ Marc A. Burton
Marc A. Burton, F.B.N. 95318

## SERVICE LIST

THE BURTON FIRM, P.A.
*Counsel for Plaintiff Ginette Luxama*
Richard J. Burton, Esq.
Marc A. Burton, Esq.
2875 N.E. 191 Street, Suite 403
Aventura, Florida 33180
P: 305-705-0888 | F: 305-705-0008
pleadings@theburtonfirm.com
rb@theburtonfirm.com
mburton@theburtonfirm.com

CITY ATTORNEY'S OFFICE
CITY OF MIAMI BEACH
Robert Rosenwald, Esq.
*Counsel for Defendant City of Miami Beach*
1700 Convention Center Drive
Fourth Floor – Legal Department
Miami Beach, Florida 33139
P: (305) 673-7470 | F: (305) 673-7002
robertrosenwald@miamibeachfl.gov